### McELVEEN v. THE STATE.

*Atkinson, J.*—1. Even if it was erroneous to admit parol evidence of the contents of certain promissory notes alleged to have been given for money lost at a game of cards, without accounting for the absence of the notes themselves, yet where the accused in his statement admitted the existence and contents of such notes, there was no cause for a new trial.

2. Independently of the notes in question, the evidence was amply sufficient to authorize a verdict of guilty, and the court did not err in refusing to grant a new trial.          *Judgment affirmed.*
March 25, 1895.

Indictment for gaming.   Before Judge Clark.   Fulton superior court.   September term, 1894.

*W. H. & E. R. Black*, for plaintiff in error.
*C. D. Hill, solicitor-general*, contra.

---

### JOHNSON v. THE STATE.

*Lumpkin, J.*—There being evidence to sustain the verdict, and no error of law being complained of, this court will not control the discretion of the trial judge in refusing to grant a new trial.
April 8, 1895.                              *Judgment affirmed.*

Indictment for carrying concealed weapons.   Before Judge Ross.   City court of Macon.   March term, 1895.

*Harris & Harris*, for plaintiff in error.
*W. H. Felton, Jr., solicitor-general*, contra.